**Dismissed and Memorandum Opinion filed May 30, 2024**



**In The**

# Fourteenth Court of Appeals

### NO. 14-24-00208-CV

### JENNIFER CARTER, Appellant

### V.

### ANGELICA LEDEZMA AND RAMSES LEON, Appellees

**On Appeal from the County Court at Law No. 6
Fort Bend County, Texas
Trial Court Cause No. 23-CCV-073429**

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 12, 2024. The notice of appeal was filed March 15, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On April 30, 2024, this court ordered appellant to pay the appellate filing fee within 10 days or the appeal would be subject to dismissal without further notice.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.